UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In re: | |
|---|---|
| MICHAEL T. AND SUZANNE D. ANGSTADT, | Chapter 13 Bankruptcy |
| Debtors | Bankruptcy No. 12-11842 REF |

## ORDER

AND NOW, this 10 day of January, 2013, upon consideration of the Debtors' Objection to Proof of Claim of State Workers' Insurance Fund (Proof of Claim No. 7),

IT IS HEREBY ORDERED that the Debtors' Objection is sustained, and that Proof of Claim No. 7 is disallowed in its entirety.

BY THE COURT

_____
Richard E. Fehling
United States Bankruptcy Judge

George M. Lutz, Esquire
845 North Park Road
Wyomissing, PA  19610

Frederick L Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

State Workers' Insurance Fund
MARY WOODBRIDGE
STATE WORKERS' INSURANCE FUND
100 LACKAWANNA AVE.
SCRANTON, PA. 18503